**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Nathon Wesley White,                                  Civil No. 17-1893 (DWF/BRT)

               Petitioner,

v.                                                  **ORDER ADOPTING REPORT
                                                      AND RECOMMENDATION**

State of Minnesota,

               Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated August 3, 2017. (Doc. No. 6.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.     Magistrate Judge Becky R. Thorson's August 3, 2017 Report and Recommendation (Doc. No. [6]) is **ADOPTED**.

2.     Petitioner Nathon Wesley White's petition for a writ of habeas corpus (Doc. No. [1]) is **DISMISSED**.

3.     White's application to proceed *in forma pauperis* (Doc. No. [4]) is **DENIED**.

4.   No certificate of appealability is issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 12, 2017        s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge